UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PETER ALAN KARL,<br><br>              Petitioner. | Case No. 20-cv-04237-VC (PR)<br><br>**ORDER OF DISMISSAL WITHOUT LEAVE TO AMEND** |

      On June 26, 2020, Petitioner Peter Alan Karl, a prisoner at Case County Jail, in Fargo, North Dakota, filed a letter indicating that he wishes to file a petition for a writ of habeas corpus and requests a change of venue from the Eighth Circuit to the Ninth Circuit. On the same date, the Clerk of the Court sent Karl written notice that he must file a petition on the Court's form and a completed application to proceed informa pauperis ("IFP") within twenty-eight days or his case would be dismissed for failure to prosecute. The Clerk sent Karl a blank petition for a writ of habeas corpus form, a blank copy of the Court's prisoner application and declaration to proceed IFP and a postage-paid return envelope.

      On August 17, 2020, Karl submitted another letter stating that he was not familiar with the requests of the Clerk for a petition on the court's form or for an application and declaration to proceed in forma pauperis. He requests appointment of counsel to help him fill out these documents and to help him get his case reassigned from the Eighth Circuit to the Ninth Circuit.

      This Court is without jurisdiction over this case and, therefore, cannot adjudicate any issues it presents.

Therefore, this action is dismissed without leave to amend for lack of jurisdiction. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: September 28, 2020

_____
VINCE CHHABRIA
United States District Judge